

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonxai Rasakhamdee<br><br>**Plaintiff,**<br>V.<br>Kristi Noem, Secretary of the Department of Homeland Security; (see attachment)<br><br>**Defendant.** | Civil Action No.  25CV2816-RBM-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted.

Date:     11/6/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen
                                    J. Petersen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25CV2816-RBM-DEB

Plaintiff

Sonxai Rasakhamdee

v.

Defendant

Kristi Noem, Secretary of the Department of Homeland Security;
Pamela Jo Bondi, Attorney General; Todd M. Lyons,
Acting Director, Immigration and Customs Enforcement;
Jesus Rocha, Acting Field Office Director, San Diego Field Office;
Christopher LaRose, Warden at Otay Mesa Detention Center